THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodney David
 Cauthen, Appellant.
 
 
 

Appeal From Lancaster County
 Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No. 2008-UP-586
Submitted October 1, 2008  Filed October
 15, 2008
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for
 Respondent.
 
 
 

PER CURIAM: Rodney
 Cauthen appeals his conviction and sentence for
 assault with intent to commit criminal sexual conduct in the second degree.  On
 appeal, Cauthen contends the trial court erred in failing to exclude evidence
 of Cauthens prior convictions.  After a thorough review of the record, and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.